```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05 JUN 2009
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JLM CHEMICALS, INC.,

                Plaintiff,

  - against -

DMH INGREDIENTS, INC., DAVID DAMLICH,
and MICHAEL JEFFERS,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

08 Civ. 10736 (PAC)

ORDER

HONORABLE PAUL A. CROTTY, United States District Judge:

The Court is in receipt of letters from the parties regarding Plaintiff's request for expedited briefing. In light of those letters, the Court adopts the following briefing schedule:

- Defendants' motion to dismiss is due on or before Friday, June 12.

- Plaintiff's response to the motion to dismiss and its cross-motion to compel arbitration are due on or before Friday, June 26.

- Defendants' reply to Plaintiffs' response to the motion to dismiss is due on or before Monday, July 6.

The parties shall appear before the Court on Tuesday, July 7 at 2:00 p.m. in order to discuss next steps in this matter, including the timing of Defendants' response to Plaintiff's motion to compel arbitration.

Dated: New York, New York
       June 5, 2009

SO ORDERED

*/s/ Paul A. Crotty*
PAUL A. CROTTY
United States District Judge